JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ANTHONY ADALBERTO ORTEGA CAMPOS, | Case No. 5:26-cv-02088-DKW-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is GRANTED.

2. Respondents are ORDERED to release Petitioner from custody on reasonable conditions of supervision unless the Government shows by clear and convincing evidence that Petitioner's continued detention is justified based on his danger to the community or risk of flight at a custody redetermination hearing to be held before an Immigration Judge within seven (7) days.

///
///
///

3.     Respondents are ORDERED to file a compliance status report within ten (10) days.

Dated: May 21, 2026.



Derrick K. Watson
Chief United States District Judge